NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VISKASE COMPANIES, INC.,**
*Plaintiff-Appellee,*

**v.**

**WORLD PAC INTERNATIONAL AG, WORLD PAC INTERNATIONAL USA, and SUN PRODUCTS MARKETING UND MANUFACTURING AG,**
*Defendants-Appellants.*

---

2011-1256

---

Appeal from the United States District Court for the Northern District of Illinois in Case No. 09-CV-5022, Judge Elaine E. Bucklo.

---

**JUDGMENT**

---

BRADFORD P. LYERLA, Jenner & Block LLP, of Chicago, Illinois, argued for plaintiff-appellee. With him on the brief were JEFFREY A. KOPPY, ALEXANDER ROZENBLAT, and PETER H. HANNA. Of counsel on the brief was ELAINE J. GOLDENBERG, of Washington, DC.

GARY A. ROSEN, Law Offices of Gary A. Rosen, P.C., of Ardmore, Pennsylvania, argued for defendants-appellants. Of counsel on the brief were JOHN D. SIMMONS, STEPHEN E. MURRAY, and DENNIS J. BUTLER, Panitch Schwarze Belisario & Nadel, LLP, of Philadelphia, Pennsylvania. Of counsel was JAMES K. BORCIA, Tressler LLP, of Chicago, Illinois.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 13, 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk